41 A.3d 1284

**Simeon ROBINSON, Petitioner**

**v.**

**ADVANCED REAL ESTATE CONCEPTS, L.P., East West Realty Group, LLC, Barbara Porges And Joshua Cohen And John D. Green, Sheriff/Philadelphia, County, Respondents.**

**No. 168 EM 2011.**

Supreme Court of Pennsylvania.

April 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of April, 2012, the "Request for Time Extension," treated as an Application for Relief, is **DENIED.**